# ROBERT MARINELLI
### ATTORNEYS AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 822-1428

August 27, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/10

By Fax (212) 805-0426
The Honorable Laura Taylor Swain
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Granger v. City of New York, et al., 10 CV 2951 (LTS)

Your Honor:

I represent the plaintiff in this case alleging police misconduct. I write to request leave until October 8, 2010 to file an amended complaint for the purpose of replacing John Doe defendants. Defense counsel takes no position regarding this request. Defense counsel informs me this is his office's position on such requests.

On August 12, 2010 the Court set a Civil Case Management Plan giving plaintiff until September 20, 2010 for plaintiff to amend his pleadings. Due solely to counsel's oversight, the complaint has not been amended.

This is counsel's first request for an extension. Settlement discussions are ongoing, initial disclosures have been exchanged and parole records have been acquired. This request will not change any of the other dates in the Case Management Plan.

*The Request is GRANTED.*

SO ORDERED:

_____
Hon. James L. Cott
United States Magistrate Judge  9/29/10

Respectfully,

Robert Marinelli (RM-4242)

Copy: Steve Stavridas (by by fax)

USDC SDNY
DATE SCANNED  9/29/10